IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SOUTHERN FARM BUREAU
CASUALTY INSURANCE COMPANY                                               PLAINTIFF

v.                           Case No. 4:19-cv-4038

BETTYE HARBISON ANDERSON
TRUST; BETTY JO HARBISON,
Successor Trustee of Bettye Harbison
Anderson Revocable Trust; WSJ
FARMS PARTNERSHIP; and
WSJ PROPERTIES, LLC                                                      DEFENDANTS

## **ORDER**

Before the Court is the parties' Joint Stipulation of Voluntary Dismissal Without Prejudice. (ECF No. 18). The Court finds that no response is necessary and that the matter is ripe for consideration.

On August 23, 2019, the parties filed the instant stipulation of dismissal. The parties stipulate to the dismissal of this case without prejudice, with each party bearing its own fees and costs.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). Thus, this case was effectively dismissed when the parties filed the instant stipulation. However, for purposes of maintaining the Court's docket, the Court nonetheless issues this order.

The instant stipulation of dismissal is signed by all parties who have appeared. Thus, the Court finds that the stipulation of dismissal (ECF No. 18) should be and hereby is **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**. The parties shall bear their own fees and costs.

**IT IS SO ORDERED**, this 23rd day of August, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge